IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Geoffrey Paul Gagnon,<br><br>    Petitioner,<br><br>vs.<br><br>Charles L. Ryan, et al.,<br><br>    Respondents. | No. CV-12-01504-PHX-ROS<br><br>**ORDER** |

On January 15, 2013, Magistrate Judge Mark E. Aspey issued a Report and Recommendation ("R&R"). The R&R recommends the petition for writ of habeas corpus be denied. (Doc. 11). Neither party filed an objection. Therefore, the R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 11) is **ADOPTED** and the petition for writ of habeas corpus is **DENIED**.

**IT IS FURTHER ORDERED** a Certificate of Appealability is **DENIED**. Petitioner has not made a substantial showing of the denial of a constitutional right.

DATED this 20th day of February, 2013.

_____
Roslyn O. Silver
Chief United States District Judge